# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1830
LT Case No. 2018-CF-1163-A

_____

NICHOLAS SAYERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Deana Marshall, of Law Office of Deana K. Marshall, P.A.,
Riverview, for Appellant.

 No Appearance for Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____